# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Isicoff, Laurel M. | S.D. Florida- Bankruptcy | 08/12/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge- Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

301 North Miami Avenue
Room 817
Miami, FL 33128

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair | American College of Bankruptcy- Judicial Outreach Committee |
| 2. | Judicial Director | University of Miami Law Alumni Association |
| 3. | Judicial Co-Chair | The Florida Bar Business Law Section Pro Bono Committee |
| 4. | Director | American Bankruptcy Institute |
| 5. | Judicial Co-Chair | American Bar Association- Business Bankruptcy Committee: Administration and Courts Subcommittee |
| 6. | Director at Large; President Elect | National Conference of Bankruptcy Judges |
| 7. | Co-President | Barnard College, Class of 1978 |
| 8. | Trustee | Trust #1 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 08/12/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | ▆▆▆▆▆▆▆▆▆ Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 1/17/2018-1/18/2018 | Orlando, Florida | Midyear Meeting- attend meetings | travel, food and lodging |
| 2. | American Bankruptcy Institute | 1/18/2018-1/20/2018 | Tampa, Florida | Annual Paskay Bankruptcy Conference- Panelist | travel, food and lodging |
| 3. | American College of Bankruptcy | 3/15/2018-3/18/2018 | Washington, D.C. | Annual Meeting | Travel and Lodging |
| 4. | American Bankruptcy Institute | 4/18/2018-4/21/2018 | Washington, D.C. | Annual Meeting- Speaker and Attend Meetings | travel, food and lodging |
| 5. | Bankruptcy Bar Association of the Southern District of Florida | 5/11/2018-5/13/2018 | Palm Beach, Florida | Annual Retreat and Seminar | Food and lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Isicoff, Laurel M. | 08/12/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | The Florida Bar | 6/13/2018-6/15/2018 | Orlando, Florida | Annual meeting of the Florida Bar- Speaker and attend meetings | travel, food and lodging |
| 7. | American Bankruptcy Institute | 7/26/2018-7/28/2018 | Amelia Island, Florida | Annual meeting- speaker and attend meetings | travel, food and lodging |
| 8. | American Bar Association | 10/27/2018-10/28/2018 | San Antonio, Texas | Fall meeting- speaker and attend meetings | travel, food and lodging (1 night) |
| 9. | National Conference of Bankruptcy Judges | 10/28/2018-10/31/2018 | San Antonio, Texas | Annual meeting- attend meetings | Lodging (2 nights) |
| 10. | American Bankruptcy Institute | 12/5/2018-12/8/2018 | Scottsdale, Arizona | Winter Leadership Conference- panelist and attend meetings | travel, food and lodging |
| 11. | National Conference of Bankruptcy Judges | 12/9/2018-12/10/2018 | Washington, D.C. | Meeting with Chief Justice of the United States | Food and Lodging (1 night) |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 08/12/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mn/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.      Cash Accounts | A | Interest | M | T | | | | | |
| 2.      Common Stock | | None | P1 | W | | | | | |
| 3. Brokerage Ten Ent. (H) (4-26) | | | | | | | | | |
| 4. Johnson & Johnson- JNJ | A | Dividend | J | T | | | | | |
| 5. ISHARES BARCLAYS 1-3 YEAR TREASURY BOND FUND- SHY | A | Int./Div. | K | T | Sold (part) | 04/06/18 | J | A | |
| 6. | | | | | Sold (part) | 05/04/18 | J | A | |
| 7. ISHARES IBOXX INVEST GR COR BD- LQD | B | Int./Div. | K | T | Sold (part) | 04/06/18 | J | A | |
| 8. | | | | | Sold (part) | 05/04/18 | J | A | |
| 9. ISHARES MSCI EAFE ETF- EFA | A | Int./Div. | K | T | Sold (part) | 04/06/18 | J | A | |
| 10. | | | | | Sold (part) | 05/04/18 | J | A | |
| 11. ISHARES NAT MUN BN ETF- MUB | A | Int./Div. | K | T | Sold (part) | 04/06/18 | J | A | |
| 12. | | | | | Sold (part) | 05/04/18 | J | A | |
| 13. ISHARES RUSSELL 1000 GRTH ETF- IWF | A | Int./Div. | L | T | Sold (part) | 04/06/18 | J | C | |
| 14. | | | | | Sold (part) | 05/04/18 | J | C | |
| 15. ISHARES RUSSELL 1000 VALUE ETF- IWD | B | Int./Div. | K | T | Sold (part) | 04/06/18 | J | A | |
| 16. | | | | | Sold (part) | 05/04/18 | J | A | |
| 17. ISHARES RUSSELL 2000 GRWTH ETF- IWO | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ISHARES RUSSELL 2000 VALUE ETF- IWN | A | Int./Div. | J | T | | | | | |
| 19. ISHARES RUSSELL MIDCAP VL ETF- IWS | A | Int./Div. | K | T | Sold (part) | 04/06/18 | J | A | |
| 20. | | | | | Sold (part) | 05/04/18 | J | A | |
| 21. ISHARES SHORT TERM NAT MUN BND ETF- SUB | A | Int./Div. | L | T | | | | | |
| 22. ISHARES S&P US PFD STK IDX FD- PFF | B | Int./Div. | K | T | Sold (part) | 04/06/18 | J | A | |
| 23. | | | | | Sold (part) | 05/04/18 | J | A | |
| 24. ISHARES SHORT TERM TREASURY BOND ETF- SHV | A | Int./Div. | K | T | Sold (part) | 04/06/18 | J | A | |
| 25. | | | | | Sold (part) | 05/04/18 | J | A | |
| 26. CASH- ▮▮▮▮▮ | A | Interest | J | T | | | | | |
| 27. IRA #1 (H) (28-29) | | | | | | | | | |
| 28. CASH- ▮▮▮▮▮ | A | Interest | J | T | | | | | |
| 29. DAVIS NEW YORK VENTURE A | A | Interest | J | T | | | | | |
| 30. IRA #2 (H) (31-32) | | | | | | | | | |
| 31. CASH- ▮▮▮▮▮ | A | Interest | J | T | | | | | |
| 32. DAVIS NEW YORK VENTURE A | A | Int./Div. | K | T | | | | | |
| 33. ▮▮▮▮▮ CASH ACCOUNT | | None | K | T | | | | | |
| 34. ▮▮▮▮▮ | B | Int./Div. | M | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. �▨▨▨▨▨▨▨▨▨ (X) | D | Int./Div. | J | W | | | | | |
| 36. ▨▨▨▨ JOINT CHECKING (X) | | None | J | T | | | | | |
| 37. ▨▨▨▨ (X) | D | Dividend | M | T | | | | | |
| 38. ▨▨▨▨▨▨ CASH ACCOUNT (Y) | | | | | | | | | |
| 39. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 08/12/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I:

-Line 8. Filer is the successor trustee of Trust #1 established by Filer's ████████████ . ███████ died in 2018. There are assets that will be transferred to Trust #1 after probate is concluded if not sold before the estate is closed. However, the estate is still open. Currently the only asset in Trust #1 is a bank account ( Part VII, Line 37). The Filer io not a beneficiary of the funds in that account.

Part VII:

-Line 35 ██████████ gave partial interest in the LLC in January of 2018

-Line 36: Joint account opened with ████ to cover the future costs of ██████ estate.

-Line 37: Account held in the name of Filer's ██████ as trustee, at the time of ████████ . In 2019 that account was closed and the funds transferred to a different account at ████████████ in the name of Filer, as Trustee. That information will be reported on the 2019 Financial Disclosure.

-Line 38: Filer's name on this account was solely as an accomodation to family member. The family member has closed the account; Filer had no interest in the account and has no interest in the account where the funds were transferred.

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 08/12/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laurel M. Isicoff**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544